UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>           Plaintiff,<br><br>     v.<br><br>KAMF CONCORD, LLC,<br><br>           Defendant. | Case No.  13-cv-02168-MEJ<br><br>**ORDER DIRECTING PARTIES TO FILE STATUS REPORT BY MARCH 12, 2014** |

Plaintiff Jesus Torres filed this lawsuit pursuant to the Americans with Disabilities Act on May 10, 2013.  Dkt. No. 1.  Defendants filed their Answer on July 16, 2013.  Dkt. No. 4.  Since that time, there has been no other activity in this action.  Accordingly, the Court ORDERS the parties to file a joint status report apprising the Court of the status of case and their compliance with the deadlines set forth in the Scheduling Order for ADA cases (Dkt. No. 3) by March 12, 2014, 2014.

**IT IS SO ORDERED.**

Dated: March 4, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge